# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DONTAVIOUS SHERRODE SMITH,**

      **Plaintiff,**

-vs-                                              Case No. 6:09-cv-2033-Orl-31KRS

**SCHOOL BOARD OF BREVARD COUNTY, RICHARD A. DIPATRI, and LEROY A. BERRY,**

      **Defendants.**

_____

# ORDER

This matter came before the Court without oral argument upon consideration of Plaintiff's, Dontavious Sherrode Smith ("Plaintiff"), "Motion of Indigency" (Doc. 65), which the Court has construed as a motion for leave to appeal *in forma pauperis*, U.S. Magistrate Judge Karla R. Spaulding's Report and Recommendation regarding same (Doc. 66), Plaintiff's Objection thereto (Doc. 69), and subsequent motions for leave to appeal *in forma pauperis* filed by Plaintiff (Docs. 67 and 68).

In her Report and Recommendation, Judge Spaulding found, *inter alia*, that:

> The affidavit Smith filed in support [of his motion] fails to comply with Fed. R. Civ. P. 24 because it does not claim an entitlement to redress or state the issues that Smith intends to present on appeal. His notice of appeal also fails to identify the legal issues he seeks to appeal. Thus, Plaintiff's failure to identify any good faith issue to be addressed on appeal warrants denial of permission to proceed *in forma pauperis*.

(Doc. 66 at 3) (citations and quotations omitted).

In his Objection, Plaintiff states that he "believed that his submitted affidavit and attached welfare document where the only documents needed to ensure *pauper* status to be able to claim Indigence [sic]." (Doc. 69 at 2). The Objection, however, does not address the central finding in the Report and Recommendation (i.e., Plaintiff's failure to identify any good faith issues to be addressed on appeal).

Upon review, the Court will adopt the Report and Recommendation and deny Plaintiff's motions. The Objection and Plaintiff's subsequent motions simply do not address Plaintiff's failure to comply with FED. R. CIV. P. 24 and to identify the legal issues he seeks to appeal. Accordingly, it is

**ORDERED** and **ADJUDGED** that:

1. Plaintiff's Objection (Doc. 69) is **OVERRULED** and the Report and Recommendation (Doc. 66) is **CONFIRMED** and **ADOPTED** as part of this Order;

2. Plaintiff's motion for leave to appeal *in forma pauperis* (Doc. 65) and subsequent motions regarding same (Docs. 67 and 68) are **DENIED** without prejudice; and

3. Plaintiff shall have until no later than Friday, June 18, 2010, to file an amended notice of appeal and an amended motion for leave to appeal *in forma pauperis* that addresses the deficiencies in Judge Spaulding's Report and Recommendation. Plaintiff's failure to timely comply with this Order will result in a denial with prejudice of any subsequent motions to proceed *in forma pauperis* on appeal.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 20, 2010.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

-2-