**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DONTAVIOUS SHERRODE SMITH,**

    **Plaintiff,**

-vs-                                            Case No. 6:09-cv-2033-Orl-31KRS

**SCHOOL BOARD OF BREVARD COUNTY,**
**RICHARD A. DIPATRI, and LEROY A. BERRY,**

    **Defendants.**
_____

## ORDER

This matter came before the Court without oral argument upon consideration of Plaintiff's, Dontavious Sherrode Smith ("Plaintiff"), Amended Motion for Leave to Proceed *in forma pauperis* and affidavit filed in support thereof (the "Motions") (Docs. 73 and 74),[1] and the Report and Recommendation regarding same (Doc. 75) prepared by U.S. Magistrate Judge Karla R. Spaulding.

In her Report and Recommendation, Judge Spaulding recommended that the Motions be denied and that the Court certify Plaintiff's appeal as not taken in good faith. (Doc. 75 at 4). Plaintiff did not file an objection to the Report and Recommendation and the time for doing so has now passed. Accordingly, it is

---

[1] Plaintiff filed two documents: "Plaintiff's Amended Motion for Leave to Appeal In Forma Pauperis" at Doc. 73 and an Eleventh Circuit form entitled "Motion for Permission to Appeal In Forma Pauperis and Affidavit" at Doc. 74. Both documents were docketed by the Clerk of the Court as pending motions.

**ORDERED** and **ADJUDGED** that:

1. The Report and Recommendation (Doc. 75) is **CONFIRMED** and **ADOPTED** as a part of the instant Order without objection;

2. Plaintiff's Motions to proceed *in forma pauperis* (Docs. 73 and 74) are **DENIED**;

3. In accordance with 28 U.S.C. § 1915(a)(3), the Court hereby **CERTIFIES** that Plaintiff's appeal *in forma pauperis* is not taken in good faith; and

4. The Clerk of the Court is directed to transmit a copy of this Order to the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 22, 2010.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE